IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| ASHLEY BRODUER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:14-cv-00398 |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

Plaintiff, ASHLEY BRODUER ("Plaintiff"), informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

DATED:  June 25, 2014                    RESPECTFULLY SUBMITTED,


                                         By:__/s/ Mark D. Trujillo_____
                                              Mark D. Trujillo
                                              13204 Sentinel Ct NE
                                              Albuquerque, NM 87111
                                              505-980-1502
                                              marktrujillolaw@yahoo.com


**CERTIFICATE OF SERVICE**
On June 25, 2014, I electronically filed the Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of this filed document to in-house counsel, Steve Zahn, at szahn@portfoliorecovery.com.


                                         By:__/s/ Mark D. Trujillo_____
                                              Mark D. Trujillo