IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ASHLEY BRODUER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PORTFOLIO RECOVERY )<br>ASSOCIATES, LLC, )<br>)<br>Defendant. ) | Case No. 1:14-cv-00398 |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, ASHLEY BRODUER, through her attorneys, Agruss Law Firm, LLC, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, both sides to bear their own fees and costs.

RESPECTFULLY SUBMITTED,

July 10, 2014     By:  /s/ Mark D. Trujillo
                      Mark D. Trujillo
                      13204 Sentinel Ct NE
                      Albuquerque, NM 87111
                      Tele: (505) 980-1502
                      marktrujillolaw@yahoo.com
                      Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On July 10, 2014, I electronically filed the Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of this filed document to Defendant's in-house counsel, Steve Zahn, at szahn@portfoliorecovery.com.

By:  /s/ Mark D. Trujillo
     Mark D. Trujillo

1